# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**OMAR FRANKLIN BARNES,**

    **Plaintiff,**

v.                                  Case No. 4:17cv582-MW/CAS

**SECRETARY JULIE JONES,**
**et al.,**

    **Defendants.**

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 13, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 15. Accordingly

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Complaint, ECF No. 4, is **DISMISSED** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997(e), and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2). All pending motions are **denied as moot**. (ECF Nos. 1, 5, 9, and 10) The Clerk shall

note on the docket this cause is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)."

The Clerk shall close the file.

**SO ORDERED on April 13, 2018.**

<u>**s/Mark E. Walker**</u>  ____
**United States District Judge**